missed, on motion of *Mr. Assistant Attorney General Hoyt* for the appellee. No one opposing.

---

No. 129. NEW ORLEANS AND WASHINGTON PACKET COMPANY, APPELLANT, *v.* RAILROAD COMMISSION OF LOUISIANA. Appeal from the Circuit Court of the United States for the Eastern District of Louisiana. October 20, 1902. Dismissed, each party to pay its own costs, per stipulation. *Mr. J. D. Rouse* for the appellant. *Mr. Walter Guion* for the appellee.

---

No. 164. GEORGE A. BLINN, JR., ET AL., APPELLANTS, *v.* DAN JENKINS ET AL. Appeal from the Circuit Court of the United States for the Northern District of Alabama. October 20, 1902. Dismissed with costs, per stipulation. *Mr. James L. Tanner* for the appellants. *Mr. J. W. Smith* for the appellees.

---

No. 334. HENRY THOMAS, PETITIONER, *v.* INTERSTATE BUILDING AND LOAN ASSOCIATION. On petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit. October 21, 1902. Dismissed on motion of *Mr. Thomas H. Clark* for the petitioner. *Mr. James B. Stubbs* and *Mr. Thomas H. Clark* for the petitioner. No appearance for the respondent.

---

No. 485. DU SHEN TAU ET AL., APPELLANTS, *v.* UNITED STATES; No. 486. LEE CHIN CHING, APPELLANT, *v.* UNITED STATES; and No. 487. MOY YEE TAI ET AL., APPELLANTS, *v.* UNITED STATES. Appeals from the District Court of the United States for the Northern District of New York. October 27, 1902. Docketed and dismissed, on motion of *Mr. Solicitor General Richards* for the appellee. No one opposing.

---

No. 133. SOUTHERN PACIFIC RAILROAD COMPANY, PLAINTIFF IN ERROR, *v.* FRANK A. WOOD ET AL. In error to the Supreme